# Notice Recipients

District/Off: 0422–3          User: SarahMelvin          Date Created: 4/6/2026

Case: 26–03013–KLP          Form ID: B250          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Jason Meyer Krumbein          jkrumbein@krumbeinlaw.com

                                                                    TOTAL: 1