# Notice Recipients

District/Off: 0422–3 User: SarahMelvin Date Created: 4/6/2026

Case: 26–03013–KLP Form ID: initsc Total: 1

**Recipients of Notice of Electronic Filing:**

aty Jason Meyer Krumbein jkrumbein@krumbeinlaw.com

TOTAL: 1