Bankruptcy Case No.    3:25-BK-35135-KLP

Adversary Proceeding No.   3:26-AP-3013-KLP

## CERTIFICATE OF SERVICE

I, <u>Jason M. Krumbein</u>, certify that I am, and at all times during the service of process was, not less than
         (name)
18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this
summons and a copy of the complaint was made <u>2026-April-07</u> by:
         (date)

**X**    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   NelNet, Inc, Jeffrey Noordhoek, CEO, 121 S. 13th St., Lincoln, NE 68508.

   Nelnet Servicing, LLC, r/a CT Corporation System, 4701 Cox Rd. Suite 285, Glen Allen, VA 23060

   Missouri Higher Education Loan Authority,Scott Giles, CEO, 633 Spirit Dr., Chesterfield, MO 63005-1243

\_\_    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_    Residence Service: By leaving the process with the following adult at:

\_\_    Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the
following officer of the defendant at:

\_\_    Publication: The defendant was served as follows: [Describe briefly]

\_\_    State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>2026-April-07</u>             /s/ Jason M. Krumbein
       Date                            Signature

| **Print Name** | | |
|---|---|---|
| Jason M. Krumbein, Esq. | | |
| **Business Address** | | |
| 10307 W. Broad St. Suite 293 | | |
| **City** | **State** | **Zip** |
| Glen Allen | VA | 23060 |

[ver. 05/02]