**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE David Jung                                   BKN:3:25-BK-35135-KLP


**David Jung**
       **Plaintiff,**                              APN: 3:26-AP-3013-KLP

v.

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
      **Defendants.**


## MOTION FOR DEFAULT

**COMES NOW**, Krumbein Consumer Legal Services, counsel for Debtor(s), and pursuant to FRBP 7055 says as follows:

1) This motion is filed pursuant to Fed.R.Bankr.Proc. 7055.

### JURISDICTION, VENUE, CORE PROCEEDING

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

5) The movants are the Debtors in the above identified case, as defined by the Bankruptcy

Code.

6) Respondents are creditors as defined by the Bankruptcy code.

### FACTS.

7) On April 5, 2026, the Plaintiffs filed an adversary proceeding against defendants to determine the dischargeability of certain student loans.

8) A summons was issued on April 6, 2026.

9) Service of the Summons and Complaint was made upon the defendants on  April 7, 2026 pursuant to FRBP 7004.

10)  Nelnet, Inc is a corporate entity, and was served at its CEO, Jeffrey Noordhoek.

11) Nelnet Servicing, LLC limited liability company, registered with the Virginia State Corporation Commission and was served at its registered agent.

12) Missouri Higher Education Loan Authority was served at its CEO, Scott Giles.

13) No answer or responsive pleading has been filed by either party on the Complaint, as noted in the supporting affidavit. See Plaintiffs' Exhibit "A".

14) Defendants are not The United States or an agency thereof.

15) Defendants are not in the military service of the United States.

**16)** Defendants are therefore in default.

### APPLICABLE LAW

17) Pursuant to Fed.R.Bankr.Proc. 7055(a), the clerk is empowered to enter a party's default when it has failed to plead or otherwise defend as provided by the Bankruptcy rules, and that fact is made to appear by affidavit or otherwise.

### RELIEF REQUESTED

WHEREFORE, Movants request that the court approve the foregoing motion for the reasons stated above, and

a. Enter default Against ALL defendants.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 209
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this June 11, 2026, transmitted a true copy of the foregoing Motion by regular mail to the to the Debtor and all defendants listed below.

Nelnet, Inc
CEO Jeffrey Noordhoek
121 S. 13th St.
Lincoln, NE 68508

Nelnet Servicing, LLC
r/a CT Corporation Service Company
4701 Cox Rd., Suite 286
Glen Allen, VA 23060

Missouri Higher Education Loan Authority
CEO Scott Giles
633 Spirit Dr.
Chesterfield, MO 63005

/s/ Jason M. Krumbein, Esq.
Counsel for the Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**IN RE David Jung**                               **BKN:3:25-BK-35135-KLP**

**David Jung**
      **Plaintiff,**                             **APN: 3:26-AP-3013-KLP**

**v.**

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
      **Defendants.**

**DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 USC 1738**

## <u>DECLARATION</u>

I, Jason M. Krumbein, being duly sworn, state that:

1)        I am the attorney for the Plaintiff in this action.

2)        On April 5, 2026, the Plaintiffs filed an adversary proceeding against Defendants to determine

the dischargeability of certain student loans.

3)        A Summons was issued on April 6, 2026, and service of that summons was made upon the

defendants on April 7, 2026 pursuant to F.R.Bankr.P. 7004.

4)        The time for a responsive pleading or motion as set by the court was May 6, 2026.

5)        No answer or other responsive pleading has been filed as of June 11, 2026.

6)        Defendants are not enlisted in the military service; nor are they The United States or an Officer

or Agency thereof.

7)      Nelnet Servicing, LLC is a limited liability company, and properly served under FRBP 7004.

8)      Nelnet, Inc is a corporation, and properly served under FRBP 7004.

9)      Missouri Higher Education Loan Authority is a Missouri entity and was served under FRBP

7004.

10)     The defendants are therefore in default.


Dated : June 11, 2026          by:      /s/ Jason M. Krumbein
                                        Jason M. Krumbein, Esq.
                                        Counsel for the Plaintiff
                                        Krumbein Consumer Legal Services
                                        10307 W. Broad St. Suite 293
                                        Glen Allen, VA 23060