Form 2600 (12/15)

# United States Bankruptcy Court

Eastern        District Of        Virginia

Richmond

In re David Jung                    ,        )

            Debtor                        )        Case No. 25-35135-KLP

                                )

                                )        Chapter 7

David Jung                    ,        )

            Plaintiff                      )

                                )

          v.                        )

NELNET                    ,        )        Adv. Proc. No. 26-03013 -KLP

           Defendant                      )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
| --- |
| NELNET |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

CHARRI S. STEWART

Clerk of the Bankruptcy Court

June 16, 2026

Date

By: /s/ Alexandria Jeffers

Deputy Clerk