Form 2600 (12/15)

# United States Bankruptcy Court

Eastern _____ District Of _____ Virginia _____

Richmond

In re David Jung _____,    )
                   Debtor    )    Case No. 25-35135-KLP _____
                                   )
                                   )    Chapter 7 _____
      David Jung _____,    )
                 Plaintiff    )
                                   )
                v.    )
    NELNET SERVICING LLC _____,    )    Adv. Proc. No. 26-03013 - KLP _____
               Defendant    )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
|---|
| NELNET SERVICING LLC |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

CHARRI S. STEWART _____
Clerk of the Bankruptcy Court

June 16, 2026 _____
Date

By: /s/ Alexandria Jeffers _____
Deputy Clerk