Form 2600 (12/15)

# United States Bankruptcy Court

Eastern _____ District Of _____ Virginia _____

Richmond

In re  David Jung _____ ,        )
              Debtor                                )   Case No. _25-35135-KLP_
                                                    )
                                                    )   Chapter _7_____
       David Jung _____ ,             )
              Plaintiff                             )
                                                    )
            v.                                      )
  Missouri Higher Education Loan Authority ,        )   Adv. Proc. No. _26-03013_ -KLP
            Defendant                               )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
| --- |
| Missouri Higher Education Loan Authority (MOHELA) |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                          CHARRI S. STEWART
                                    _____
                                       Clerk of the Bankruptcy Court

_June 16, 2026_                 By: /s/ Alexandria Jeffers
        Date                      _____
                                          Deputy Clerk