**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| David Jung<br>Debtor | | Bankruptcy case#25-35135-KLP<br>Chapter 7 |
| David Jung<br>Plaintiff | | AP Case #26-3013-KLP |
| v. | | |
| NelNet, et al<br>Defendants | | |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

**Jason M. Krumbein, Esq.** has filed papers with this court seeking Default Judgment on the Adversary proceeding.

__**Your rights may be affected**__.  **You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 DAYS FROM TODAY, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of the Court
U.S. Bankruptcy Court
701 E. Broad St., Suite 4000
Richmond, VA 23219

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060

You must also attend a hearing on July15, 2026 at 9:30am at 701 W. Broad St., Rm 5100, Richmond, VA 23219 before Judge Phillips.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: June 18, 2026

/s/ Jason M. Krumbein, Esq.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
VSBN 43538
Counsel for Debtor in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| David Jung<br>Debtor | | Bankruptcy case#25-35135-KLP<br>Chapter 7 |
| David Jung<br>Plaintiff | | AP Case #26-3013-KLP |
| v. | | |
| NelNet, et al<br>Defendants | | |

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to FRBP 7055 says as follows:

1) This motion is filed pursuant to Fed.R.Bankr.Proc. 7055.

## JURISDICTION, VENUE, CORE PROCEEDING

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

## PARTIES

5) The movants are the Debtors in the above identified case, as defined by the Bankruptcy

Code.

6) Respondents are creditors as defined by the Bankruptcy code.

## FACTS.

7) On April 5, 2026, the Plaintiffs filed an adversary proceeding against defendants to determine the

dischargeability of certain student loans.

8) A summons was issued on April 6, 2026.

9) Service of the Summons and Complaint was made upon the defendants on  April 7, 2026 pursuant to FRBP 7004.

10)  Nelnet, Inc is a corporate entity, and was served at its CEO, Jeffrey Noordhoek.

11) Nelnet Servicing, LLC limited liability company, registered with the Virginia State Corporation Commission and was served at its registered agent.

12) Missouri Higher Education Loan Authority was served at its CEO, Scott Giles.

13) No answer or responsive pleading has been filed by any party on the Complaint, as noted in the supporting declaration, see Plaintiff's Declaration, attached..

14) Defendants are not The United States or an agency thereof.

15) Defendants are not in the military service of the United States.

16) Default was entered on June 16, 2026.

17) No answer or responsive pleading has been filed by any party on the Complaint, as noted in the supporting Declaration. See Plaintiffs' Declaration, attached.

18) Defendants are not The United States or an agency thereof.

19) Defendants are not in the military service of the United States.

**20)** Defendants are therefore in default.  The facts are taken as true.

### APPLICABLE LAW

21) Pursuant to Fed.R.Bankr.Proc. 7055(a), the clerk is empowered to enter a party's default when it has failed to plead or otherwise defend as provided by the Bankruptcy rules, and that fact is made to appear by affidavit or otherwise.

22) On default, the facts alleged are deemed admitted, and the court reviews the law as applied to the facts.

23) Plaintiff seeks to find that the student loans held or serviced by the defendants are subject to the

discharge entered in the underlying Bankruptcy on April 6, 2026.

## **RELIEF REQUESTED**

WHEREFORE, Movants request that the court approve the foregoing motion for the reasons

stated above, and

   a. Enter default Judgment Against the defendants.

   b. To grant the relief in the complaint and order such other relief as is appropriate and just.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this June 18, 2026, transmitted a true copy of the foregoing Motion by regular mail to the to the Debtor and all defendants listed below.

Nelnet, Inc
CEO Jeffrey Noordhoek
121 S. 13th St.
Lincoln, NE 68508

Nelnet Servicing, LLC
r/a CT Corporation Service Company
4701 Cox Rd., Suite 286
Glen Allen, VA 23060

Missouri Higher Education Loan Authority
CEO Scott Giles
633 Spirit Dr.
Chesterfield, MO 63005

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**


**IN RE David Jung**                                              **BKN:3:25-BK-35135-KLP**


**David Jung**
           **Plaintiff,**                                         **APN: 3:26-AP-3013-KLP**


**v.**

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
           **Defendants.**



**DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 USC 1738**


## DECLARATION

           I, Jason M. Krumbein, being duly sworn, state that:

1)         I am the attorney for the Plaintiff in this action.

2)         On April 5, 2026, the Plaintiffs filed an adversary proceeding against Defendants to determine

the dischargeability of certain student loans.

3)         A Summons was issued on April 6, 2026, and service of that summons was made upon the

defendants on April 7, 2026 pursuant to F.R.Bankr.P. 7004.

4)         The time for a responsive pleading or motion as set by the court was May 6, 2026.

5)         No answer or other responsive pleading has been filed as of June 18, 2026.

6)         Defendants are not enlisted in the military service; nor are they The United States or an Officer

or Agency thereof.

7)      Nelnet Servicing, LLC is a limited liability company, and properly served under FRBP 7004.

8)      Nelnet, Inc is a corporation, and properly served under FRBP 7004.

9)      Missouri Higher Education Loan Authority is a Missouri entity and was served under FRBP

7004.

10)     The clerk entered default on June 16, 2026 as to all defendants.


Dated : June 18, 2026          by:      /s/ Jason M. Krumbein
                                        Jason M. Krumbein, Esq.
                                        Counsel for the Plaintiff
                                        Krumbein Consumer Legal Services
                                        10307 W. Broad St. Suite 293
                                        Glen Allen, VA 23060