Form 2600 (12/15)

# United States Bankruptcy Court

Eastern        District Of        Virginia

Richmond

In re David Jung                              ,        )
         Debtor                                )        Case No. 25-35135-KLP
                                 )
                                 )        Chapter 7
David Jung                                    ,        )
         Plaintiff                              )
                                 )
         v.                                        )
Missouri Higher Education Loan Authority ,        )        Adv. Proc. No. 26-03013 -KLP
         Defendant                            )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
>
>     Missouri Higher Education Loan Authority (MOHELA)

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

CHARRI S. STEWART
Clerk of the Bankruptcy Court

June 16, 2026
Date

By: /s/ Alexandria Jeffers
Deputy Clerk

United States Bankruptcy Court

Eastern District of Virginia

Jung,

    Plaintiff

Adv. Proc. No. 26-03013-KLP

NELNET,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: Alexandri | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: pdfntc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Missouri Higher Education Loan Authority (MOHELA) |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Meyer Krumbein | on behalf of Plaintiff David Jung jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email |

TOTAL: 1