**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:25-BK-35135-KLP |
| DAVID JUNG | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DAVID JUNG, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 3:26-AP-03013-KLP |
| | ) | |
| vs. | ) | |
| | ) | |
| NELNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NELNET, INC.'S AND NELNET SERVICING, LLC'S MOTION TO CONTINUE
HEARING SET FOR JULY 15, 2026 ON PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AND PRE-TRIAL CONFERENCE**

Defendants Nelnet, Inc. and Nelnet Servicing, LLC ("Defendants"), by and through

counsel, hereby submit their Motion to Continue Hearing Set for July 15, 2026 on Plaintiff's

Motion for Default Judgment and Pre-Trial Conference, and state as follows:

1.    On June 17, 2026, this Court held and continued the pre-trial case set in the above-

captioned adversary proceeding ("Adversary Proceeding") and thereby rescheduled the pre-trial

conference for July 15, 2026, at 9:30 A.M. ET (the "Hearing"). *See* Dkt. No. 8.

2.    On June 18, 2026, Plaintiff David Jung ("Plaintiff") filed his Motion for Default

Judgment (the "Motion") against Defendants and Missouri Higher Education Loan Authority, and

a hearing was scheduled on the Motion for the same date and time as the Hearing. *See* Dkt. No. 9.

HB: 4925-0633-7212.1

3.      On or about June 22, 2026, Defendants retained undersigned counsel to represent them in this Adversary Proceeding.

4.      On July 8, 2026, Defendants responded to and opposed the Motion. *See* Dkt No. 13.

5.      Defendants request a continuance of the Hearing to accommodate Defendants' counsel as Defendants' counsel is unavailable on July 15, 2026, due to a vacation scheduled prior to Defendants' counsel's retention in this Adversary Proceeding.

6.      In accordance with Local Bankruptcy Rule 9013-1(J), Defendants' counsel conferred with Plaintiff's counsel by e-mail on July 9, 2026, to determine whether Plaintiff opposes a continuance of the Hearing.

7.      Plaintiff's counsel responded that he did not oppose a continuance of the Hearing and that he recommended continuing the Hearing (both as to the pre-trial conference and the Motion) to early October 2026.  Plaintiff's counsel informed Defendants' counsel that he intends to amend the Complaint [Dkt. No. 1] to add the U.S. Department of Education and a continuance will provide him with ample time to do so.

8.      Defendants' counsel is available for a hearing on the Motion and a pre-trial conference at 9:30 A.M. ET on October 21, 2026.

9.      This motion is not sought for delay, only so that justice may be done.

WHEREFORE, Defendants Nelnet, Inc. and Nelnet Servicing, LLC respectfully request that the Court enter an order continuing the July 15, 2026 hearing to October 21, 2026; and granting any other and further relief that is just and proper.

2

Dated: July 13, 2026                                  Respectfully submitted,


                                                     /s/ Steven A. Neeley
                                                     Steven A. Neeley (VA Bar #78870)
                                                     HUSCH BLACKWELL LLP
                                                     1801 Pennsylvania Avenue, NW
                                                     Suite 1000
                                                     Washington, DC 20006
                                                     Telephone:  (202) 378-2331
                                                     Facsimile:   (202) 378-2319
                                                     Email: steve.neeley@huschblackwell.com

                                                     *Attorneys for Nelnet, Inc. and Nelnet
                                                     Servicing, LLC*

3

**CERTIFICATE OF CONFERENCE**

Prior to filing this Motion to Continue Hearing Set for July 15, 2026 on Plaintiff's Motion for Default Judgment and Pre-Trial Conference, Defendants' counsel conferred with Plaintiff's counsel by e-mail on July 9, 2026 in accordance with Bankruptcy Local Rule 9013-1(J). Defendants' counsel indicated that he consents to the relief sought in this motion.

/s/ Steven A. Neeley
Steven A. Neeley

**CERTIFICATE OF SERVICE**

I, Steven A. Neeley, hereby certify that on July 13, 2026, I caused a copy of the foregoing document and all exhibits thereto to be served through the ECF system, and that copies will be sent electronically to registered participants, and paper copies will be sent to those indicated as non-registered participants requesting notice as of the date herein and as listed below.

**Via U.S. Mail and E-mail**

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Telephone:  (804) 592-0792
Facsimile:  (804) 823-2565
Email:  jkrumbein@krumbeinlaw.com
*Counsel for Debtor*

/s/ Steven A. Neeley
Steven A. Neeley

4