**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:25-BK-35135-KLP |
| DAVID JUNG ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| DAVID JUNG, ) | |
| ) | Adv. No. 3:26-AP-03013-KLP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NELNET, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER GRANTING NELNET, INC.'S AND NELNET SERVICING, LLC'S
MOTION TO CONTINUE HEARING SET FOR JULY 15, 2026 ON PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT AND PRE-TRIAL CONFERENCE**

This Court has considered the *Motion to Continue Hearing Set for July 15, 2026 on Plaintiff's Motion for Default Judgment and Pre-Trial Conference* (Dkt. No. ___) (the "Motion"), filed by Defendants Nelnet, Inc. and Nelnet Servicing, LLC ("Defendants"). After due consideration of the Motion, and the consent of Plaintiff's counsel to the Motion, the Court is of the opinion that the Motion should be granted to accommodate the availability of Defendants' counsel. It is therefore:

ORDERED that the *Motion to Continue Hearing Set for July 15, 2026 on Plaintiff's Motion for Default Judgment and Pre-Trial Conference* is GRANTED as set forth below; it is further

ORDERED that the hearing on the pre-trial conference and the Plaintiff's Motion for

Default Judgment (Dkt. No. 9) is reset to October 21, 2026, at 9:30 A.M. in the United States

Bankruptcy Court, 701 E. Broad Street, Courtroom 5100, Richmond, Virginia 23219.

Date: _____

HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:_____

SUBMITTED BY:

*/s/ Steven A. Neeley*
Steven A. Neeley (VA Bar #78870)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Email:  steve.neeley@huschblackwell.com
Telephone:  (202) 378-2331
Facsimile:  (202) 378-2319
*Attorneys for Nelnet, Inc. and Nelnet Servicing, LLC*

CONSENTED TO BY:

*/s/ Jason M. Krumbein*              *(by Steven A. Neeley with permission from Jason M. Krumbein by email to counsel on 7/13/26)*
Jason M. Krumbein, Esq. (VSBN 43538)
KRUMBEIN CONSUMER LEGAL SERVICES, INC.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Email:  jkrumbein@krumbeinlaw.com
Tel:  804.592.0792
Fax:  804.823.2565
*Counsel for Debtor David Jung*

## <u>Local Rule 9022-1(C) Certification</u>

The foregoing Consent Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


<u>/s/ Steven A. Neeley</u>
Steven A. Neeley
*Attorney for Defendant Nelnet, Inc. and Nelnet Servicing, LLC*

**PARTIES TO RECEIVE COPIES**

Steven A. Neeley, Esq.
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Email:  steve.neeley@huschblackwell.com

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Email:  jkrumbein@krumbeinlaw.com