UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**IN RE David Jung**                                          **BKN:3:25-BK-35135-KLP**

**David Jung**
         **Plaintiff,**                                       **APN: 3:26-AP-3013-KLP**

**v.**

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
**US DEPARTMENT OF EDUCATION**
         **Defendants.**

### <u>REQUEST OF ALIAS SUMMONS</u>

Comes now the plaintiff, by counsel and requests an Alias Summons for the US Department of

Education, as they are an added party to the complaint.

         /s/ Jason M. Krumbein, Esq.       .
         Jason M. Krumbein, Esq. VSB#43538
         Counsel for the Plaintiff
         10307 W. Broad St. Suite 293
         Glen Allen, VA 23060
         804.592.0792          804.823.2565 (fax)
         JKrumbein@KrumbeinLaw.com (e-mail))

Jason M. Krumbein, Esq. VSB#43538 JKrumbein@KrumbeinLaw.com (e-mail)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792                      804.823.2565 (fax)                      Page 1 of 1