**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: | |
| DAVID JUNG | Case No. 3:25-bk-35135-KLP<br>Chapter 7 |
| *Debtor*. | |
| DAVID JUNG, | |
| *Plaintiff*, | Adv. No. 26-03013-KLP |
| vs. | |
| NELNET, INC., et al., | |
| *Defendants*. | |

**CORPORATE OWNERSHIP STATEMENT**

Defendants Nelnet, Inc. and Nelnet Servicing, LLC, by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 7007.1(a), hereby disclose:

1. Nelnet, Inc. is a publicly traded corporation on the New York Stock Exchange (Ticker: NNI) with no parent corporation.

2. Nelnet Servicing, LLC is not aware of any publicly held corporation or any other publicly held entity that owns 10% or more of its stock.

Dated: August 26, 2026.

Respectfully submitted,

*/s/ Steven A. Neeley*
Steven A. Neeley (VA Bar # 78870)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Ph. (202) 378-2331
Fax (202) 378-2319 facsimile
Email: steve.neeley@huschblackwell.com

*Attorneys for Nelnet, Inc. and Nelnet Servicing, LLC*

## CERTIFICATE OF SERVICE

I, Steven A. Neeley, hereby certify that on August 26, 2026, I caused a copy of the foregoing document to be served through the ECF system, and that copies will be sent electronically to registered participants, and paper copies will be sent to those indicated as non-registered participants requesting notice as of the date herein and as listed below.

**Via U.S. Mail and Email**

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Telephone: (804) 592-0792
Facsimile: (804) 823-2565
Email: jkrumbein@krumbeinlaw.com
*Counsel for Debtor*

**Via U.S. Mail**

U.S. Department of Education
Office of the General Counsel
400 Maryland Ave SW
Washington, DC 20202
*Defendant*

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, Missouri 63005
*Defendant*

*/s/ Steven A. Neeley*
Steven A. Neeley