**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In re DAVID JUNG**

**Case No. 3:25-bk-35135-KLP**

**Debtor(s)**

**Chapter 7**

DAVID JUNG

**Plaintiff(s)**

**v.**

**AP No.** 26-03013-KLP

NELNET, INC., et al.,

**Defendant(s)**

## NOTICE OF HEARING

On August 25, 2026, Nelnet, Inc. and Nelnet Servicing, LLC filed with the Court

NELNET, INC.'S AND NELNET SERVICING, LLC'S (I) MOTION TO DISMISS ALL CLAIMS AGAINST NELNET, INC. AND NELNET SERVICING, LLC PURSUANT TO RULE 12(b)(6) OR, ALTERNATIVELY, TO COMPEL PLAINTIFF TO AMEND COMPLAINT [Docket No. 19]

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

**U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA 23219**

Date: **October 21, 2026**

Time: **9:30 AM**

Date: September 10, 2026

NOTICE GIVEN BY:

/s/ Steven A. Neeley

Counsel/Pro Se
Address: 1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006

State Bar Number *[if applicable]*: VA Bar # 78870
Telephone Number: (202) 378-2331

PROOF OF SERVICE

[Proof of Service must comply with Local Bankruptcy Rule 5005-1(D)(8)]

I hereby certify that on September 10, 2026, I caused a copy of this Notice of Hearing to be served through the ECF system, and that copies will be sent electronically to registered participants, and copies will also be sent via email and First Class U.S. Mail to counsel for the Plaintiff David Jung, and via First Class U.S. Mail to Defendants U.S. Department of Education and Missouri Higher Education Loan Authority, at the addresses specified below.

/s/ Steven A. Neeley
Counsel

Date: September 10, 2026

[ver. 12/24]

**Via U.S. Mail and Email**
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Telephone: (804) 592-0792
Facsimile: (804) 823-2565
Email: jkrumbein@krumbeinlaw.com
***Counsel for Debtor***

**Via U.S. Mail**
U.S. Department of Education
Office of the General Counsel
400 Maryland Ave SW
Washington, DC 20202
***Defendant***
Missouri Higher Education Loan
Authority
633 Spirit Drive
Chesterfield, Missouri 63005
***Defendant***