# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422−3 | User: AlexandriaJeffers | Date Created: 10/19/2026 |
| Case: 26−03013−KLP | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jason Meyer Krumbein | jkrumbein@krumbeinlaw.com |

TOTAL: 1