UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**IN RE David Jung** **BKN:3:25-BK-35135-KLP**

**David Jung**
**Plaintiff,** **APN: 3:26-AP-3013-KLP**

**v.**

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
**US DEPARTMENT OF EDUCATION**
**Defendants.**

**STIPULATION OF DISMISSAL**

**AS TO NELNET, Inc, and NELNET SERVICING, LLC ONLY**

Come now the parties, by counsel, and AGREE that the defendants shall monitor the outcome of the above-captioned adversary proceeding, and STIPULATE that this matter is DISMISSED WITH PREJUDICE as to Nelnet, Inc. and NelNet Servicing, LLC pursuant to FRCP 41 and FRBP 7041. Each party shall bear their own fees and expenses.

ENTERED: Oct 19 2026

/s/ Keith L Phillips
Keith L. Phillips, Judge, US Bankruptcy Court
Eastern District of Virginia.

Entered On Docket:Oct 19 2026

Jason M. Krumbein, Esq. VSB#43538 JKrumbein@KrumbeinLaw.com (e-mail)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)

I ASK FOR THIS

_/s/ Jason M. Krumbein _.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail))

SEEN AND AGREED:

__/s/ Steven A. Neely_______________
Steven A. Neeley, Esq. VSB#78870
Julia S. Kopcienscki, Esq. VSB#92346
Husch Blackwell, LLP
1801 Pennsylvania Ave, NW
Suite 1000
Washington, DC 20006
202.378.2331 202.738.2319 (fax)
Steve.Neely@HuschBlackwell.com
Julia.Kopcienski@HuschBlackwell.com

**Certificate of Endorsement Pursuant to LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq. .
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

SERVICE LIST

BY ECF:

Jason M. Krumbein, Counsel for Plaintiff
Steve Neely, Counsel for NelNet, Inc and NelNet Servicing, LLC
Julia Kopcienski, Counsel for NelNet, Inc and NelNet Servicing, LLC