Bankruptcy Case No. 3:25-BK-35135-KLP

Adversary Proceeding No. 3:26-AP-3013-KLP

# CERTIFICATE OF SERVICE

I, Jason M. Krumbein, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2026-October-21 by:
(date)

✗ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Linda McMahon, Secretary of Education, LB Johnson Office Building, 400 Maryland Ave SW, Washington, DC 20202
Todd Blanche, Attorney General, US DOJ, 950 Pennsylvania Ave NW, Washington, DC 20530
Civil Process Clerk, Office of US Attorney, 600 E. Main St., Suite 1800, Richmond, VA 23219

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]

__ State Law: The defendant was served pursuant to the laws of the State of ______________________,
as follows: [Describe briefly] (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

2026-October-21 — Date

/s/ Jason M. Krumbein — Signature

**Print Name**
Krumbein Consumer Legal Services, Inc

**Business Address**
10307 W. Broad St. Suite 293

| **City** | **State** | **Zip** |
|---|---|---|
| Glen Allen | VA | 23060 |

[ver. 05/02]