UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**IN RE David Jung** **BKN:3:25-BK-35135-KLP**

**David Jung**
**Plaintiff,** **APN: 3:26-AP-3013-KLP**

**v.**

**NELNET, INC**
**NELNET SERVICING, LLC**
**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**
**US DEPARTMENT OF EDUCATION**
**Defendants.**

**STIPULATION OF DISMISSAL**

**AS TO NELNET, Inc, and NELNET SERVICING, LLC ONLY**

Come now the parties, by counsel, and AGREE that the defendants shall monitor the outcome of the above-captioned adversary proceeding, and STIPULATE that this matter is DISMISSED WITH PREJUDICE as to Nelnet, Inc. and NelNet Servicing, LLC pursuant to FRCP 41 and FRBP 7041. Each party shall bear their own fees and expenses.

ENTERED: Oct 19 2026 /s/ Keith L Phillips

Keith L. Phillips, Judge, US Bankruptcy Court
Eastern District of Virginia.

Entered On Docket:Oct 19 2026

Jason M. Krumbein, Esq. VSB#43538 JKrumbein@KrumbeinLaw.com (e-mail)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)

I ASK FOR THIS

/s/ Jason M. Krumbein .

Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail))

SEEN AND AGREED:

/s/ Steven A. Neely

Steven A. Neeley, Esq. VSB#78870
Julia S. Kopcienscki, Esq. VSB#92346
Husch Blackwell, LLP
1801 Pennsylvania Ave, NW
Suite 1000
Washington, DC 20006
202.378.2331 202.738.2319 (fax)
Steve.Neely@HuschBlackwell.com
Julia.Kopcienski@HuschBlackwell.com

**Certificate of Endorsement Pursuant to LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq. .

Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

SERVICE LIST

BY ECF:

Jason M. Krumbein, Counsel for Plaintiff
Steve Neely, Counsel for NelNet, Inc and NelNet Servicing, LLC
Julia Kopcienski, Counsel for NelNet, Inc and NelNet Servicing, LLC

United States Bankruptcy Court

Eastern District of Virginia

Jung,
Plaintiff
NELNET,
Defendant

Adv. Proc. No. 26-03013-KLP

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: Alexandri | Page 1 of 1 |
| Date Rcvd: Oct 30, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2026 15:57:00 | NELNET SERVICING LLC, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1922 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Meyer Krumbein | on behalf of Plaintiff David Jung jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email |
| Steven Allen Neeley, Jr. | on behalf of Defendant NELNET SERVICING LLC steve.neeley@huschblackwell.com julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com |
| Steven Allen Neeley, Jr. | on behalf of Defendant NELNET steve.neeley@huschblackwell.com julie.alber@huschblackwell.com;steven-neeley-3658@ecf.pacerpro.com |

TOTAL: 3